UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COCHRAN, an individual ) | Case No.: 1: 10-CV-01410 AWI  JLT |
| ) | |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| ) | |
| v. ) | |
| ) | (Doc. 11) |
| LIFE INSURANCE COMPANY OF NORTH ) AMERICA, a corporation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 20, 2011, Plaintiff filed a Notice of Settlement.  (Doc. 11)  Pursuant to Local Rule 160(b), no later than June 3, 2011, Plaintiff is **ORDERED** to file the appropriate papers to dismiss this action in its entirety.

All pending dates are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **April 21, 2011**                                                    **/s/ Jennifer L. Thurston**
                                                                                       UNITED STATES MAGISTRATE JUDGE