UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COCHRAN, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation,<br><br>            Defendant. | Case No. 1:10-CV-01410-AWI-JLT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety pursuant to Fed.R.Civ.P. 41(a), with prejudice as to all Defendants, with the Parties to bear their own perspective attorney's fees and costs.

IT IS SO ORDERED.

Dated:   May 2, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE